**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLEG TARANOV,<br><br>          Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, *et al*.,<br><br>         Respondents. | Case No.  5:26-cv-02477-DOC-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondents' Answer, Dkt. No. 9; Petitioner's Traverse, Dkt. No. 10; the May 26, 2026 Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 11; and all of the records and files herein.  The parties have indicated that they do not intend to file objections.[1]  Dkt. No. 12.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS HEREBY ORDERED that:

(1) The Petition is GRANTED IN PART;

///

---

[1] Respondents notified the Court via e-mail on May 27, 2026, that they do not intend to file objections to the Report.

(2) Respondents are ENJOINED from continuing to detain Petitioner unless he is provided with a constitutionally adequate bond hearing before an immigration judge within seven (7) days of the entry of this Order, where the government shall bear the burden of establishing that Petitioner poses a danger to the community or risk of flight; and

(3) Respondents are ORDERED to file a status report within ten (10) days of the Court's Order substantiating compliance.

DATED:  June 22, 2026

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2