JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

OLEG TARANOV,

                    Petitioner,

        v.

FERETI SEMAIA, *et al*.,

                    Respondents.

Case No. 5:26-cv-02477-DOC-RAO

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

    IT IS SO ORDERED.


DATED: June 22, 2026

_David O. Carter_

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE